O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4407 AHM (RZx)√<br>CV 08-7004 AHM (RZx)<br>CV 08-7278 AHM (RZx) | Date | February 6, 2009 |
|---|---|---|---|
| Title | JORGE JAIME v. STANDARD PARKING CORPORATION, et al.<br>VICTOR GONZALEZ v. STANDARD PARKING CORPORATION, et al.<br>AGUIRRE v. STANDARD PARKING CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court does not intend to proceed under any expectation that the attorneys who filed a joint report on January 30, 2009 will serve as "Co-Lead Class Counsel," until and unless it has reviewed and approved the agreement referred to in the report. Plaintiffs' counsel are ORDERED to file in camera and under seal the agreement for the Court's review by no later than February 12, 2009.

|  | : |
|---|---|
| Initials of Preparer | SMO |