O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-4407 AHM (RZx)√<br>CV 08-7004 AHM (RZx)<br>CV 08-7278 AHM (RZx) | Date | February 17, 2009 |
|---|---|---|---|
| Title | JORGE JAIME v. STANDARD PARKING CORPORATION, et al.<br>VICTOR GONZALEZ v. STANDARD PARKING CORPORATION, et al.<br>AGUIRRE v. STANDARD PARKING CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court has reviewed and hereby approves the law firms' Work-Sharing and Fee/Cost Sharing Agreement, filed under seal, as the basis for appointing all three firms as Co-Lead Class Counsel. This approval is conditional upon the firms' respective client(s) consenting to their agreement by no later than February 23, 2009.

_____ : _____
Initials of Preparer   se