O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4407 AHM (RZx) | Date | December 18, 2009 |
|---|---|---|---|
| Title | JORGE JAIME, *et al.* v. STANDARD PARKING CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:              Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

     Having been notified that the parties have agreed to settle this matter, the Court GRANTS their request[1] to vacate all filing deadlines pertaining to Plaintiffs' motion for class certification until such time as the Court hears Plaintiffs' motion for preliminary approval of the settlement and Plaintiffs' motion for final approval of the settlement.

|  |  : |  |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] Docket No. 45.